UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| DAVID DAWSON, | : | VIOLATIONS: 21 U.S.C. § 846 |
| MAURICE CRUTCHFIELD, | : | (Conspiracy to Distribute and Possess with |
| | : | Intent to Distribute Cocaine and Cocaine |
| Defendants | : | Base); |
| | : | 18 U.S.C. §371 (Conspiracy to Transport |
| | : |  and/or Receive Stolen Goods); |
| | : | 21 U.S.C. §843(b) |
| | : | (Unlawful Use of a Communications |
| | : | Facility); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(C) |
| | : | (Unlawful Distribution of Cocaine); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(A)(iii) |
| | : | (Unlawful Distribution of 50 Grams or |
| | | More of Cocaine Base); |
| | | 18 U.S.C. §2 |
| | | (Aiding and Abetting) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

From on or about December of 2007, the exact date being unknown to the Grand Jury, and continuing to on or about February of 2008, in the District of Columbia and elsewhere, the defendants, **DAVID DAWSON and MAURICE CRUTCHFIELD**, knowingly and intentionally, attempted, combined, conspired, confederated and agreed together with other persons known and

unknown to the Grand Jury, to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II drug controlled substance, and cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

>  (**Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Cocaine Base**, in violation of Title 21, United States Code, Section 846)

### COUNT TWO

From on or about December of 2007, the exact date being unknown to the Grand Jury, and continuing to on or about February of 2008, in the District of Columbia and elsewhere, the defendants, **DAVID DAWSON and MAURICE CRUTCHFIELD**, knowingly and intentionally, attempted, combined, conspired, confederated and agreed together with other persons known and unknown to the Grand Jury, to receive in interstate commerce, stolen goods of a value of $5,000 or more, including but not limited to televisions, vacuum cleaners, blenders, video games, computers and department store gift cards, in violation of Title 18, United States Code, Sections 2314 and 2315.

In furtherance of the conspiracy and to effect its object, the defendants and co-conspirators not indicted herein, and others, both known and unknown to the Grand Jury, in various combinations, directly and indirectly, within the District of Columbia and elsewhere, committed overt acts, including but not limited to that set out below. The listing below is intended to be informative, not exhaustive of the acts committed by the various defendants in furtherance of the conspiracy.

On or about December 19, 2008, within the District of Columbia, **DAVID DAWSON and MAURICE CRUTCHFIELD,** distributed 84.4 grams of a mixture and substance containing a

detectable amount of cocaine, a Schedule II narcotic drug controlled substance in exchange for three Dyson vacuum cleaners, a Kitchen-Aid blender, two PSP video games, a 37 inch flat screen television, Target gift cards totaling $500, and $1000 in United States Currency.

On or about February 29, 2008, within the District of Columbia, **DAVID DAWSON and MAURICE CRUTCHFIELD,** distributed 71.1 grams of a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance in exchange for two 42-inch flat screen televisions, three X-Box consoles, three I-Pod Classics, and Target gift cards totaling $800.

> (**Conspiracy to Transport and/or Receive Stolen Goods**, in violation of Title 18, United States Code, Section 371)

### COUNT THREE

On or about December 19, 2007, within the District of Columbia, **DAVID DAWSON**, did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone, to facilitate the distribution of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

> (**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

### COUNT FOUR

On or about December 19, 2007, within the District of Columbia, **DAVID DAWSON**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

> (**Unlawful Distribution of Cocaine and Aiding and Abetting,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2)

## COUNT FIVE

On or about February 29, 2008, within the District of Columbia, **DAVID DAWSON**, did unlawfully, knowingly and intentionally use a communication facility, that is, a telephone, to facilitate the distribution of cocaine base, also known as crack, in violation of Title 21, United States Code, Section 841(a)(1).

> (**Unlawful Use of a Communication Facility and Aiding and Abetting**, in violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2)

## COUNT SIX

On or about February 29, 2008, within the District of Columbia, **DAVID DAWSON and MAURICE CRUTCHFIELD**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more.

> (**Unlawful Distribution of 50 Grams or More of Cocaine Base and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii) and Title 18, United States Code, Section 2)

A TRUE BILL:


FOREPERSON


Attorney of the United States in
and for the District of Columbia