UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 08-163 |
| V. : | Judge Bates |
| : | |
| DAVID DAWSON : | |

**DEFENDANT DAWSON'S NOTICE OF FILING**

Defendant David Dawson, through undersigned counsel, and pursuant to request by the Court at the June 30, 2008, status hearing for the above-titled case, respectfully files as part of the record in this case the attached proposed order to allow Mr. Dawson law library visits while he is incarcerated.

Respectfully submitted,

_____
Joanne D. Slaight, #332866
717 5th St, N.W.
Washington, DC 20001
Phone (202) 408-2041
Counsel for David Dawson

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ] |
| v. | ]  Criminal No.  08-163 |
| DAVID DAWSON | ] |

**ORDER**

Upon motion of defendant David Dawson for library visits, and for good cause shown, it is, this _____ day of _____, 2008, hereby

ORDERED, that David Dawson, DCDC # 229-219, be allowed at least two library visits per week at the D.C. Jail, or any subsequent facility where he may be incarcerated.

 

_____
JUDGE

Date: